# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

SHAWAN JOHNSON,

                        CASE NO. 2:10-cv-927

    Petitioner,               District Judge George C. Smith
                                    Magistrate Judge Michael R. Merz

DONALD MORGAN,
WARDEN,

    Respondent.

## TRANSFER ORDER

With the consent of both of them and of District Judge Smith, the reference of this case is hereby transferred from Magistrate Judge Deavers to Magistrate Judge Merz.

March 19, 2013.

                                                             s/ *Michael R. Merz*
                                                     United States Magistrate Judge